Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Jonathan A. Baluyot<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4875<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Maria Helen Manalo–Baluyot<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2456<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7 11/29/21 |
| Case number: | 21–19132–RG | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Jonathan A. Baluyot | Maria Helen Manalo–Baluyot |
| **2. All other names used in the last 8 years** | | aka Mariahelen Baluyot |
| **3. Address** | 16 Hope Street<br>Nutley, NJ 07110 | 16 Hope Street<br>Nutley, NJ 07110 |
| **4. Debtor's attorney**<br>Name and address | Ralph A Ferro Jr<br>Ralph A Ferro, Jr, Esq Law Offices<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424 | Contact phone 973–200–0988<br><br>Email: ralphferrojr@msn.com |
| **5. Bankruptcy trustee**<br>Name and address | Jeffrey Lester<br>Braverman & Lester<br>374 Main St.<br>Hackensack, NJ 07601–5897 | Contact phone (201) 487–5544 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 11/30/21 |
| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 3, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/4/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:
Jonathan A. Baluyot
Maria Helen Manalo-Baluyot
Debtors

Case No. 21-19132-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3

Date Rcvd: Nov 30, 2021 | Form ID: 309A | Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan A. Baluyot, Maria Helen Manalo-Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448733 | + | American Coradius Intl, 2420 Sweet Home Road, Ste 150, Amherst, NY 14228-2244 |
| 519448734 | + | Apple Card GS Bank, Lockbox 6112, Box 7247, Philadelphia, PA 19170-0001 |
| 519448738 | + | CMRE Financial Services, Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519448737 | | Capital One Bank/Walmart, Box 4069, Carol Stream, IL 60197-4069 |
| 519448743 | + | Emergency Assoc of Montclair, 66 West Gilbert Street, Red Bank, NJ 07701-4947 |
| 519448744 | | Excelcare Medical Assoc, Box 42964, Philadelphia, PA 19101-2964 |
| 519448746 | | Hackensack Health Mountainside, Box 841169, Dallas, TX 75284-1119 |
| 519448747 | + | In Network Dental, 187 Chestnut Street, Nutley, NJ 07110-4320 |
| 519448749 | + | Janna Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448750 | + | LCA Collections, Box 2240, Burlington, NC 27216-2240 |
| 519448751 | + | Lending Club Bank, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519448753 | + | Magnacare, 1600 Stewart Avenue, Suite 700, Westbury, NY 11590-6663 |
| 519448756 | + | Montclair Hospital, LLC, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 519448758 | + | NJ Higher Education Assist, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519448761 | + | PNC Bank, 300 Fifth Avenue, Tower of PNC Plaza, Pittsburgh, PA 15222-2401 |
| 519448762 | + | Quest Diagnostics, Box 7306, Hollister, MO 65673-7306 |
| 519448763 | + | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 519448764 | | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |
| 519448772 | + | TD Bank, NA, Box 1448, Greenville, SC 29602-1448 |
| 519448773 | + | Venmo, 117 Barrow Street, New York, NY 10014-2826 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ralphferrojr@msn.com | Nov 30 2021 20:30:00 | Ralph A Ferro, Jr, Ralph A Ferro, Jr, Esq Law Offices, 66 East Main Street, 3rd Floor, Little Falls, NJ 07424 |
| tr | | EDI: BJLESTER.COM | Dec 01 2021 01:33:00 | Jeffrey Lester, Braverman & Lester, 374 Main St., Hackensack, NJ 07601-5897 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519448732 | + | EDI: GMACFS.COM | Dec 01 2021 01:28:00 | Ally Financial, Box 380901, Bloomington, MN 55438-0901 |
| 519448735 | + | EDI: TSYS2 | Dec 01 2021 01:33:00 | Barclays Bank, Box 8803, Wilmington, DE 19899-8803 |

| | | | | |
|---|---|---|---|---|
| 519448736 | + | EDI: CITICORP.COM | Dec 01 2021 01:33:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519448739 | + | EDI: WFNNB.COM | Dec 01 2021 01:33:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519448740 | | EDI: WFNNB.COM | Dec 01 2021 01:33:00 | Comenity Bank/VS, Box 659728, San Antonio, TX 78265-9728 |
| 519448741 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2021 20:52:11 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 519448742 | | EDI: DISCOVER.COM | Dec 01 2021 01:28:00 | Discover Financial Services, LLC, Box 15316, Wilmington, DE 19850-5316 |
| 519448752 | + | EDI: CITICORP.COM | Dec 01 2021 01:33:00 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 519448745 | | EDI: PHINAMERI.COM | Dec 01 2021 01:33:00 | GM Financial, POB 1181145, Arlington, TX 76096 |
| 519448748 | | EDI: IRS.COM | Dec 01 2021 01:33:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519448754 | + | EDI: DAIMLER.COM | Dec 01 2021 01:33:00 | MB Financial Services, Box 961, Roanoke, TX 76262-0961 |
| 519448755 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2021 20:52:02 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 519448759 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 30 2021 20:52:02 | Ollo Card Services, Box 660371, Dallas, TX 75266-0371 |
| 519448760 | + | EDI: RMSC.COM | Dec 01 2021 01:28:00 | PayPal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 519448765 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 30 2021 20:31:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519448766 | + | EDI: RMSC.COM | Dec 01 2021 01:28:00 | Syncb/Ebay, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519448767 | | EDI: RMSC.COM | Dec 01 2021 01:28:00 | Syncb/Old Navy, BOx 965005, Orlando, FL 32896-5005 |
| 519448768 | + | EDI: RMSC.COM | Dec 01 2021 01:28:00 | Syncb/PayPal, Box 965005, Orlando, FL 32896-5005 |
| 519448769 | + | EDI: RMSC.COM | Dec 01 2021 01:28:00 | Syncb/TJX Co DC, Box 965015, Orlando, FL 32896-5015 |
| 519448771 | + | EDI: WTRRNBANK.COM | Dec 01 2021 01:33:00 | TD Bank USA/Target Credit, NCD-0240, Box 1470, Minneapolis, MN 55440-1470 |
| 519448770 | | EDI: WTRRNBANK.COM | Dec 01 2021 01:33:00 | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 519448774 | | Email/Text: bankruptcytn@wakeassoc.com | Nov 30 2021 20:31:00 | Wakefield & Assoc, Box 50250, Knoxville, TN 37950 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519448757 | ## | National Bureau Coll Corp, Box 16, Irvington, NY 10533-0016 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021 Signature: /s/Joseph Speetjens