UNITED STATES BANKRUPTCY COURT

District of New Jersey

(Newark)

Debtor(s): Maria Helen Manalo-Baluyot & Jonathan A. Baluyot            Case No. 21-19132

## LEASE ASSUMPTION AGREEMENT

I/We agree to assume the lease described below (the "Lease"), with ACAR Leasing, LTD d/b/a GM Financial Leasing ("Lessor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments listed below as required under the Lease. The Lease is hereby incorporated by reference. I/We further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, early termination liability, and any other amounts required by the Lease. I/We agree to assume the Lease as my/our personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

December 16, 2019; Vehicle Description: 2020 Chevrolet Trax; VIN: KL7CJPSB3LB005149

**Amount Assumed and Payments Due Under Lease**

As of December 1, 2021, the amount assumed is $3,708.00 plus all amounts due under the Lease at the termination of the Lease.

Payments due under Lease: until the account is paid in full

I/We assume the Lease through this Lease Assumption Agreement.

Lessee (Debtors):                                   Co-Lessee (Co-Debtor), if also assuming the Lease:

Print name: Maria Helen Manalo-Baluyot            Print name:

Signature: _____                         Signature: _____

Date: 12/1/21                                      Date: _____

Accepted by Lessor:

Print Name: Lorenzo Nunez            for ACAR Leasing, LTD d/b/a GM Financial Leasing

Signature: _____

Date: December 06, 2021

FILED
JEANNE A. NAUGHTON, CLERK
DEC 20 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

**GM | GM FINANCIAL**

P.O. Box 183853
Arlington, TX 76096-3853



US POSTAGE ᴾᴹPITNEY BOWES
ZIP 76014  $001.36
02 1W
0001397029 DEC 09 20

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 DEC 20 A 9: 25

XRAYED