# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __21-19132 RG__ |
| Jonathan Baluyot and Maria Manalo-Baluyot | Chapter: __7__ |
| | Judge: __Hon R Gamabrdella__ |

---

### NOTICE OF PROPOSED ABANDONMENT

_____Jeffrey A. Lester_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gamabrdella__ on ____February 8, 2022____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  16 Hope Street, Nutley, NJ    Value about $390,000

Liens on property:                Select Portfolio Servicing    Balance about $407,800

Amount of equity claimed as exempt:  Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name:      Jeffrey A. Lester, Trustee

Address:   374 Main Street, Hackensack, NJ 07601

Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 21-19132-RG

Jonathan A. Baluyot                                                    Chapter 7

Maria Helen Manalo-Baluyot
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                Page 1 of 3

Date Rcvd: Jan 04, 2022                 Form ID: pdf905                    Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan A. Baluyot, Maria Helen Manalo-Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448733 | + | American Coradius Intl, 2420 Sweet Home Road, Ste 150, Amherst, NY 14228-2244 |
| 519448734 | + | Apple Card GS Bank, Lockbox 6112, Box 7247, Philadelphia, PA 19170-0001 |
| 519448738 | + | CMRE Financial Services, Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519448737 | | Capital One Bank/Walmart, Box 4069, Carol Stream, IL 60197-4069 |
| 519448743 | + | Emergency Assoc of Montclair, 66 West Gilbert Street, Red Bank, NJ 07701-4947 |
| 519448744 | | Excelcare Medical Assoc, Box 42964, Philadelphia, PA 19101-2964 |
| 519448746 | | Hackensack Health Mountainside, Box 841169, Dallas, TX 75284-1119 |
| 519448747 | + | In Network Dental, 187 Chestnut Street, Nutley, NJ 07110-4320 |
| 519448749 | + | Janna Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448750 | + | LCA Collections, Box 2240, Burlington, NC 27216-2240 |
| 519448751 | + | Lending Club Bank, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519448754 | + | MB Financial Services, Box 961, Roanoke, TX 76262-0961 |
| 519448753 | + | Magnacare, 1600 Stewart Avenue, Suite 700, Westbury, NY 11590-6663 |
| 519448756 | + | Montclair Hospital, LLC, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 519448758 | + | NJ Higher Education Assist, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519448761 | + | PNC Bank, 300 Fifth Avenue, Tower of PNC Plaza, Pittsburgh, PA 15222-2401 |
| 519448762 | + | Quest Diagnostics, Box 7306, Hollister, MO 65673-7306 |
| 519448763 | + | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 519448764 | | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |
| 519448771 | + | TD Bank USA/Target Credit, NCD-0240, Box 1470, Minneapolis, MN 55440-1470 |
| 519448772 | + | TD Bank, NA, Box 1448, Greenville, SC 29602-1448 |
| 519448770 | | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 519448773 | + | Venmo, 117 Barrow Street, New York, NY 10014-2826 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2022 20:43:00 | AmeriCredit, P.O. Box 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 04 2022 20:42:28 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519457042 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 04 2022 20:43:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, |

District/off: 0312-2    User: admin    Page 2 of 3

Date Rcvd: Jan 04, 2022    Form ID: pdf905    Total Noticed: 49

| | | | | P O Box 183853, Arlington, TX 76096-3853 |
| 519448732 | + Email/Text: ally@ebn.phinsolutions.com | | Jan 04 2022 20:43:00 | Ally Financial, Box 380901, Bloomington, MN 55438-0901 |
| 519448735 | + Email/Text: BarclaysBankDelaware@tsico.com | | Jan 04 2022 20:43:00 | Barclays Bank, Box 8803, Wilmington, DE 19899-8803 |
| 519448736 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Jan 04 2022 20:52:55 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519448739 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Jan 04 2022 20:43:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519448740 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Jan 04 2022 20:43:00 | Comenity Bank/VS, Box 659728, San Antonio, TX 78265-9728 |
| 519448741 | + Email/PDF: creditonebknotifications@resurgent.com | | Jan 04 2022 20:42:28 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 519448742 | Email/Text: mrdiscen@discover.com | | Jan 04 2022 20:43:00 | Discover Financial Services, LLC, Box 15316, Wilmington, DE 19850-5316 |
| 519448752 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Jan 04 2022 20:52:51 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 519448745 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | Jan 04 2022 20:43:00 | GM Financial, POB 1181145, Arlington, TX 76096 |
| 519448748 | Email/Text: sbse.cio.bnc.mail@irs.gov | | Jan 04 2022 20:43:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519448755 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | Jan 04 2022 20:42:18 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 519448759 | Email/PDF: MerrickBKNotifications@Resurgent.com | | Jan 04 2022 20:42:18 | Ollo Card Services, Box 660371, Dallas, TX 75266-0371 |
| 519448760 | + Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:13 | PayPal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 519448765 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Jan 04 2022 20:43:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519448766 | + Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:25 | Syncb/Ebay, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519448767 | Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:25 | Syncb/Old Navy, BOx 965005, Orlando, FL 32896-5005 |
| 519448768 | + Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:15 | Syncb/PayPal, Box 965005, Orlando, FL 32896-5005 |
| 519448769 | + Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:25 | Syncb/TJX Co DC, Box 965015, Orlando, FL 32896-5015 |
| 519450592 | + Email/PDF: gecsedi@recoverycorp.com | | Jan 04 2022 20:42:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519448774 | Email/Text: bankruptcytn@wakeassoc.com | | Jan 04 2022 20:43:00 | Wakefield & Assoc, Box 50250, Knoxville, TN 37950 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519448757 | ##+ | National Bureau Coll Corp, 150 White Plains Rd, Tarrytown, NY 10591-5521 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0312-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Jan 04, 2022                            Form ID: pdf905                              Total Noticed: 49

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2022                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com  NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| Ralph A Ferro, Jr | on behalf of Debtor Jonathan A. Baluyot ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Maria Helen Manalo-Baluyot ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6