Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−19132−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jonathan A. Baluyot | Maria Helen Manalo−Baluyot |
| 16 Hope Street | aka Mariahelen Baluyot |
| Nutley, NJ 07110 | 16 Hope Street |
| | Nutley, NJ 07110 |

Social Security No.:
 xxx−xx−4875                                          xxx−xx−2456

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Lucinda Chapman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

16 Hope St., Nutley, NJ


Dated: February 3, 2022
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk