**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jonathan A. Baluyot | Social Security number or ITIN  xxx–xx–4875 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Maria Helen Manalo–Baluyot | Social Security number or ITIN  xxx–xx–2456 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  21–19132–RG

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan A. Baluyot                    Maria Helen Manalo–Baluyot
                                        aka Mariahelen Baluyot

3/11/22                                **By the court:**  Rosemary Gambardella
                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan A. Baluyot  
Maria Helen Manalo-Baluyot  
    Debtors

Case No. 21-19132-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 11, 2022      Form ID: 318      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan A. Baluyot, Maria Helen Manalo-Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448733 | + | American Coradius Intl, 2420 Sweet Home Road, Ste 150, Amherst, NY 14228-2244 |
| 519448734 | + | Apple Card GS Bank, Lockbox 6112, Box 7247, Philadelphia, PA 19170-0001 |
| 519448738 | + | CMRE Financial Services, Inc, 3075 E Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519448743 | + | Emergency Assoc of Montclair, 66 West Gilbert Street, Red Bank, NJ 07701-4947 |
| 519448744 | | Excelcare Medical Assoc, Box 42964, Philadelphia, PA 19101-2964 |
| 519448746 | | Hackensack Health Mountainside, Box 841169, Dallas, TX 75284-1119 |
| 519448747 | + | In Network Dental, 187 Chestnut Street, Nutley, NJ 07110-4320 |
| 519448749 | + | Janna Baluyot, 16 Hope Street, Nutley, NJ 07110-3120 |
| 519448750 | + | LCA Collections, Box 2240, Burlington, NC 27216-2240 |
| 519448751 | + | Lending Club Bank, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519448754 | + | MB Financial Services, Box 961, Roanoke, TX 76262-0961 |
| 519448753 | + | Magnacare, 1600 Stewart Avenue, Suite 700, Westbury, NY 11590-6663 |
| 519448756 | + | Montclair Hospital, LLC, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 519448758 | + | NJ Higher Education Assist, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519448761 | + | PNC Bank, 300 Fifth Avenue, Tower of PNC Plaza, Pittsburgh, PA 15222-2401 |
| 519448762 | + | Quest Diagnostics, Box 7306, Hollister, MO 65673-7306 |
| 519448763 | + | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 519448764 | | Select Portfolio Servicing, Box 65250, Salt Lake City, UT 84165-0250 |
| 519448772 | + | TD Bank, NA, Box 1448, Greenville, SC 29602-1448 |
| 519448773 | + | Venmo, 117 Barrow Street, New York, NY 10014-2826 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: PHINAMERI.COM | Mar 12 2022 01:08:00 | AmeriCredit, P.O. Box 183853, Arlington, TX 76096 |
| cr | | EDI: MERCEDES | Mar 12 2022 01:08:00 | Mercedes Benz Financial Services, POB 131265, Roseville, MN 55113-0011 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 12 2022 01:08:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519457042 | + | EDI: PHINAMERI.COM | Mar 12 2022 01:08:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

Case 21-19132-RG  Doc 20  Filed 03/13/22  Entered 03/14/22 01:16:40  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 318 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| 519448732 | + EDI: GMACFS.COM | Mar 12 2022 01:08:00 | Ally Financial, Box 380901, Bloomington, MN 55438-0901 |
| 519448735 | + EDI: TSYS2 | Mar 12 2022 01:08:00 | Barclays Bank, Box 8803, Wilmington, DE 19899-8803 |
| 519448736 | + EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519448737 | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One Bank/Walmart, Box 4069, Carol Stream, IL 60197-4069 |
| 519448739 | + EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Comenity Bank, One Righter Pkwy, Suite 100, Wilmington, DE 19803-1533 |
| 519448740 | EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Comenity Bank/VS, Box 659728, San Antonio, TX 78265-9728 |
| 519448741 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2022 20:20:38 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 519448742 | EDI: DISCOVER.COM | Mar 12 2022 01:08:00 | Discover Financial Services, LLC, Box 15316, Wilmington, DE 19850-5316 |
| 519448752 | + EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 519448745 | EDI: PHINAMERI.COM | Mar 12 2022 01:08:00 | GM Financial, POB 1181145, Arlington, TX 76096 |
| 519448748 | EDI: IRS.COM | Mar 12 2022 01:08:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 519448755 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:49 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 519448759 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:38 | Ollo Card Services, Box 660371, Dallas, TX 75266-0371 |
| 519448760 | + EDI: RMSC.COM | Mar 12 2022 01:08:00 | PayPal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 519448763 | + Email/Text: clientservices@remexinc.com | Mar 11 2022 20:14:00 | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 519448765 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 11 2022 20:14:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 519448766 | + EDI: RMSC.COM | Mar 12 2022 01:08:00 | Syncb/Ebay, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519448767 | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Syncb/Old Navy, BOx 965005, Orlando, FL 32896-5005 |
| 519448768 | + EDI: RMSC.COM | Mar 12 2022 01:08:00 | Syncb/PayPal, Box 965005, Orlando, FL 32896-5005 |
| 519448769 | + EDI: RMSC.COM | Mar 12 2022 01:08:00 | Syncb/TJX Co DC, Box 965015, Orlando, FL 32896-5015 |
| 519450592 | + EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519448771 | + EDI: WTRRNBANK.COM | Mar 12 2022 01:08:00 | TD Bank USA/Target Credit, NCD-0240, Box 1470, Minneapolis, MN 55440-1470 |
| 519448770 | EDI: WTRRNBANK.COM | Mar 12 2022 01:08:00 | Target Card Services, Box 660170, Dallas, TX 75266-0170 |
| 519448774 | Email/Text: bankruptcytn@wakeassoc.com | Mar 11 2022 20:14:00 | Wakefield & Assoc, Box 50250, Knoxville, TN 37950 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519448757 | ##+ | National Bureau Coll Corp, 150 White Plains Rd, Tarrytown, NY 10591-5521 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| Ralph A Ferro, Jr | on behalf of Debtor Jonathan A. Baluyot ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Maria Helen Manalo-Baluyot ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6