Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21–19132–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jonathan A. Baluyot
16 Hope Street
Nutley, NJ 07110

Maria Helen Manalo–Baluyot
aka Mariahelen Baluyot
16 Hope Street
Nutley, NJ 07110

Social Security No.:
xxx–xx–4875

xxx–xx–2456

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 14, 2022

Rosemary Gambardella
Judge, United States Bankruptcy Court